IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
TENNESSEE, AT NASHVILLE

|  |  |  |
|---|---|---|
| CHRISTOPHER ROCK, SANDE ROCK | ) ) ) ) | |
| Plaintiffs, | ) | No. 1:25-cv-00015 |
| v. | ) ) | |
| KRAFT HEINZ FOODS COMPANY (LLC) | ) ) | |
| Defendants. | ) ) ) ) | |

## <u>PLAINTIFFS' MOTION TO STRIKE CERTAIN AFFIRMATIVE DEFENSES</u>

Under Federal Rule of Civil Procedure 12(f), Plaintiffs move to strike portions of the Answer filed by Defendant Kraft Heinz Foods Company LLC ("Defendant Kraft"). Defendant's Third, Fourth, and Seventh Affirmative Defenses attempt to shift fault to non-parties/persons without identifying such persons. Similarly, the Defendant's Fourteenth, Twenty-Third, and Twenty-Fourth Affirmative Defenses assert that some other superseding cause and incident caused the Plaintiffs' damages without describing or identifying any superseding actors or incidents. Under substantive Tennessee law, identifying nonparties in an answer is essential to permit a plaintiff to sue those nonparties under Tenn. Code Ann. § 20-1-119. Defendant Kraft may later amend its answer to identify someone they wish to blame, allowing Plaintiffs to bring all proper parties before the Court. Until then, Defendant Kraft's Answer is legally insufficient.

Accordingly, Plaintiffs respectfully ask the Court to strike Defendant Kraft's Third, Fourth, Seventh, Fourteenth, Twenty-Third, and Twenty-Fourth Defenses from their Answer.

Respectfully submitted,


/s/ J. Thomas Mihalczo, III
J. Thomas Mihalczo, III, BPR# 038022
LAW OFFICES OF JOHN DAY, P.C.
5141 Virginia Way, Suite 270
Brentwood, TN 37027
Telephone:     615.742.4880
Facsimile:     615.742.4881
tmihalczo@johndaylegal.com
*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

This is to certify that, on March 19, 2025, a true and correct copy of the foregoing document has been served in the manner of service indicated on the counsel of record listed below:

☐     By U.S. Mail, properly addressed and first-class postage prepaid

☐     By facsimile

☒     By operation of the Court's electronic filing system

☐     By email in Adobe PDF format pursuant to Tenn. R. Civ. P. 5.02(2)

☐     By hand delivery

☐     By third party express delivery carrier, i.e., Federal Express, for overnight delivery

Jamie K. Durrett (jamie.durrett@wilsonelser.com)
Wilson Elser, LLP
3102 West End Ave
Ste 400 Nashville, TN 37203
(615) 324-7840
(502) 238-7844 (fax)
*Attorney for Defendant(s)*
*Kraft Heinz Foods Company (LLC)*

/s/ J. Thomas Mihalczo, III
J. Thomas Mihalczo, III

3